77 A.3d 1146

IN THE MATTER OF RAYMOND T. ROCHE, AN ATTORNEY
AT LAW (ATTORNEY NO. 005681978).

January 3, 2013.

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–11(a) seeking the immediate temporary suspension from practice of **RAYMOND T. ROCHE** of **EAST ORANGE,** who was admitted to the bar of this State in 1978, and good cause appearing;

It is ORDERED that the petition is granted and **RAYMOND T. ROCHE** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **RAYMOND T. ROCHE** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **RAYMOND T. ROCHE** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the **Superior** Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **RAYMOND T. ROCHE** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this state.